No. 74–1568. WIND RIVER INDIAN EDUCATION ASSN., INC., ET AL. *v.* WARD ET AL. Sup. Ct. Wyo. Motion of respondents Ward et al. for leave to proceed *in forma pauperis* granted. Certiorari denied.